RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 20 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Rahel Dejene
(Print your full name)

Plaintiff *pro se*,

v.

Total Quality Logistics
4289 Ivy Pointe Blvd.
Cincinnati, OH 45245

(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1:22-CV-4188

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

   ✓ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

_____    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____    Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____    Other (describe) _____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name      Rahel Dejene

   Address   1725 Skyland Glen Dr.
             Snellville, GA 30078

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name      Total Quality Logistics
   Address   4289 Ivy Pointe Blvd.
             Cincinnati, OH 45245

   Name
   Address

   Name
   Address

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   270 Peachtree St
   Atlanta, GA 30303

6.  When did the alleged discrimination occur? (State date or time period)

    It Started halfway through my employment there from August 2021 to November 2021 and after when I recieved my new employment in New York by disclosing details of why I left the Company.

## Administrative Procedures

7.  Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   ✓ Yes   ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8.  Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes   ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _____

9.  If you are suing for **age discrimination**, check one of the following:

    ___   60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ___   Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   \_\_\_\_ Yes   \_\_\_\_ No   √ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____
   _____
   _____
   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   \_\_\_\_ Yes   \_\_\_\_ No   √ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____
   _____
   _____
   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    ____ failure to hire me
    ____ failure to promote me
    ____ demotion
    ✓ reduction in my wages
    ____ working under terms and conditions of employment that differed from similarly situated employees
    ✓ harassment
    ✓ retaliation
    ✓ termination of my employment
    ____ failure to accommodate my disability
    ____ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    ✓ my race or color, which is  African American
    ____ my religion, which is _____
    ✓ my sex (gender), which is   ____ male   ✓ female
    ____ my national origin, which is _____
    ____ my age (my date of birth is _____ )
    ____ my disability or perceived disability, which is:

    ____ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    ____ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

During my employment at Total Quality Logistics, I was subjected to sexual harassment, discrimination, defamation of character, vandalism, and trespassing at home. due to a fellow coworker who I displayed interest in and he also displayed interest in me not getting his way with me and lashed out by spreading my personal pinterest account that I had no idea was public to the entire office. My personal pinterest account had pins that were inspiration and on there were women with different body types of all shapes and sizes that I wanted to aspire and work towards to have. His defamatory statement was that I was only interested in him for money and because he Majored in Finance. He made the environment so toxic for me that I could no longer stay there and when I briefly mentioned to HR what was going on, she told me you need to get an attorney but I didn't want to ruin his future so I just left. I was so traumatized even in my own home that for the first time I spent the holiday with my family in Virginia. I didn't want to stay here after that traumatic event so I got a new job and relocated to New York City. TQL shared the same defamatory statement to my new job. I was subjected to the exact same sexual

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Sexual harassment and this time I was wrongfully terminated while being alone in New York City with no family. My Mom and aunt had to come out to console me. Not only that <u>every interview</u> that I went into with other agencies in NYC harassed me because of the same defamatory statement. I was also harassed on the streets of New York City. I was harassed in my own home in NYC. After I was harassed in an interview, I broke down and bolled my eyes out to Morgan+Morgan law firm ~~them~~ telling them I need their help. ~~They offered~~ I begged them because I needed representation and they offered me a bribe. Work in another office or send me money to my home. I didn't take it; I wanted <u>accountability</u>, and justice! The next day after speaking with them, they planted a knife in my home to scare me and because they knew what happened at TQL and knew that would instill fear in me. ~~Pete~~ I spent the night in the hospital after that stunt. I gave up and moved back home. I'm looking to hold Total Quality Logistics accountable for their <u>negligence</u> and recieve the justice I deserve.

15.  Plaintiff  _____ still works for defendant(s)
     ✓ no longer works for defendant(s) or was not hired

16.  If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  _____ Yes  _____ No

     If you checked "Yes," please explain: _____

     _____
     _____
     _____
     _____

17.  If your case goes to trial, it will be heard by a judge unless you elect a jury trial.  Do you request a jury trial?  ✓ Yes  _____ No

### Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

_____  Defendant(s) be directed to _____

✓  Money damages (list amounts) _____

✓  Costs and fees involved in litigating this case

✓  Such other relief as my be appropriate

Page 8 of 9

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this 20th day of October, 2022

_[signature]_
(Signature of plaintiff *pro se*)

Rahel Dejene
(Printed name of plaintiff *pro se*)

1725 Skyland Glen Dr.
(street address)

Snellville, GA 30078
(City, State, and zip code)

toraheldejene@gmail.com
(email address)

404-786-8063
(telephone number)