United States District Court
for the
Northern District of Georgia
Atlanta Division



Rahel Dejene
Plaintiff,

v       Case Number: 1:22cv4188seg

Total Quality Logistics
Defendant,

NOTICE OF VOLUNTARY WITHDRAWAL
OF COMPLAINT

I'd like to voluntarily withdraw my complaint against Total Quality Logistics.

Entered as dismissed pursuant to
Rule 41(a)(1)(i)(ii), F.R.C.P.
KEVIN P. WEIMER, Clerk
By: _____s/ A. Edwards_____
Deputy Clerk
Date: _____12/8/2022_____